AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| David J. Rush | ) | 1:26-MJ- 177 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ 2009 through May 2026 _____ in the county of _____ Fairfax _____ in the
_____ Eastern _____ District of _____ Virginia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of public money |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Special Agent Matthew T. Johnson, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 05/20/2026 _____

_____
_Judge's signature_

City and state: _____ Alexandria, Virginia _____

Hon. William E. Fitzpatrick
_Printed name and title_