**Criminal Case Cover Sheet**          FILED: REDACTED                    **U.S. District Court**

**Place of Offense:**          ☐ **Under Seal**          **Judge Assigned:**

City:                          Superseding Indictment:                    **Criminal No.**  1:26-MJ-177

County: Fairfax                Same Defendant:                            New Defendant:

                               Magistrate Judge Case No.                  **Arraignment Date:**

                               Search Warrant Case No.                    R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** David J. Rush      Alias(es):                    ☐ Juvenile   FBI No.

**Address:** XXXXX XXXXXXXX XXXXX, ASHBURN, VA 20147

Employment:

**Birth Date:**          **SSN:**          **Sex:** Male      Race: Caucasian      Nationality: USA

**Place of Birth:**      Height:      Weight:      Hair:      Eyes:      Scars/Tattoos:

☐ **Interpreter**  **Language/Dialect:**                Auto Description:

**Location/Status:**

**Arrest Date:** May 19, 2026    ☒ Already in Federal Custody as of: May 19, 2026    in: ADC

☐ Already in State Custody      ☐ On Pretrial Release        ☐ Not in Custody

☐ Arrest Warrant Requested      ☐ Fugitive                   ☐ Summons Requested

☐ Arrest Warrant Pending        ☒ Detention Sought           ☐ Bond

**Defense Counsel Information:**

**Name:** Ashley Powers          ☐ Court Appointed    Counsel Conflicts:

Address: apowers@milchev.com     ☒ Retained

Phone: (202) 626-5564            ☐ Public Defender                ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** AUSA Gavin R. Tisdale          **Phone:** 703 838 2625      Bar No.  241325 (DC)

**Complaint Agency - Address & Phone No. or Person & Title:**

FBI SA Matthew T. Johnson

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 641 | Theft of gov't money | 1 | Felony |
| Set 2: | | | | |
| Date: | 5/19/2026 | AUSA Signature: /s/ Gavin R. Tisdale | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form      Reset Form