**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **United States of America** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No.  1:26 mj 177-WEF** |
| | **)** | |
| **David J. Rush** | **)** | |
| | **)** | |
| | **)** | |

### NOTICE OF ATTORNEY APPEARANCE

Please note the appearance of attorney Jessica N. Carmichael of the law firm

of Carmichael Ellis & Brock, PLLC for David J. Rush in the above matter.

> Respectfully submitted,
> DAVID J. RUSH
> By Counsel
>
> _____/s/_____
> Jessica N. Carmichael
> Virginia Bar No. 78339
> CARMICHAEL ELLIS & BROCK, PLLC
> 108 N. Alfred Street, First Floor
> Alexandria, Virginia 22314
> (703) 684-7908
> jessica@carmichaellegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2026 I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

_____/s/_____
Jessica N. Carmichael