**Date:** 5/22/26          **Case:** 1:26mj177          **Time:** 10:25-11:16 a.m.

**Judge: William E. Fitzpatrick**

**Tape/Courtroom: FTR/500**          **Court Reporter:**

**Hearing:** PH/DH

### Eastern District of Virginia
### Alexandria Division
### United States of America
### v.

David Rush

**Participants**

**USA**: Gavin Tisdale

**Defense Counsel**: Jessica Carmichael

**Court to appoint counsel**:          **Interpreter**:          ☐Conflict

**Language**:

☐Defendant did not appear          ☐Warrant to be issued upon probable cause statement

☐Government motion to continue hearing – GRANTED

**Advisement**

   Rule 5          ☐Due Process Protections Act

**Dismissal**

☐Case dismissed with prejudice          ☐Case dismissed without prejudice

**Plea**

☐ Consent to trial before a USMJ (orally)    ☐Plea entered, Court accepts plea

☐ Plea of Guilty to Count(s):          ☐Dismissal of Count(s):

☐ Sentence:

☐ Order setting conditions of release

**Trial**

   Matter set for bench trial:          ☐Matter set for jury trial

☐Motions due :          ☐Responses due:

   Govt adduced evidence and rests          ☐Trial held and completed

☐Not Guilty of Count(s):          ☐Guilty of Count(s):

☐Dismissal of Count(s):          ☐Deft advised of appeal rights

 Sentence:

**Future Proceedings**

Next hearing: Detention Hearing continued to 5/29/26 at 10:00 a.m. w/WEF.

**Notes:**  The deft waives the PH; Court finds PC. Matter continued for further proceedings before the
Grand Jury. USA seeks detention. Deft argues for Bond w/conditions-Denied at this time pending a
different approved 3rd party custodian and any new factors in favor of release. The deft is
remanded to the custody of the USMS pending the next hearing.