# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

FILED
IN OPEN COURT

MAY 22 2026

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Rush | ) | Case No. 1:26mj177 |
| Defendant | ) | |
| | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 5/23/26

_____
Defendant's signature

_____
Signature of defendant's attorney

Jessica Carmichael, 78339
Printed name and bar number of defendant's attorney

108 N Alfred St 1st FL
Alexandria, VA 22314
Address of defendant's attorney

jessica@carmichaellegal.com
E-mail address of defendant's attorney

703.684.7908
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney