**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| v. | ) | **Case No.  1:26 mj 177-WEF** |
| | ) | |
| **David J. Rush** | ) | |
| | ) | |
| | ) | |

**JOINT MOTION TO CONTINUE**

The parties hereby jointly request a continuance of the detention hearing currently scheduled for May 29, 2026 to June 5, 2026 at 10:00 a.m. This is to allow time for both the defense and the prosecution to gather and evaluate additional information to aid the Court in its determination on whether David Rush should be released pending trial.

A proposed Order is attached.

Respectfully submitted,
DAVID J. RUSH
By Counsel

_____/s/_____
Jessica N. Carmichael
Virginia Bar No. 78339
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, First Floor
Alexandria, Virginia 22314
(703) 684-7908
jessica@carmichaellegal.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of May, 2026 I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

_____/s/_____
Jessica N. Carmichael