IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No.  1:26 mj 177-WEF |
| | ) | |
| David J. Rush | ) | |
| | ) | |
| | ) | |

**ORDER**

Upon motion of the parties, for the reasons stated therein, the motion to continue the detention hearing is GRANTED.

The detention hearing currently scheduled for May 29, 2026 is hereby continued to June 5, 2026 at 10:00 a.m.

IT IS SO ORDERED.

_May 28, 2026_
Date

_____
The Honorable William E. Fitzpatrick
United States Magistrate Judge