IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-mj-177 |
| DAVID J. RUSH, | |
| Defendant. | |

**MOTION FOR PARTIALLY CLOSED OR UNDER SEAL HEARING**

The United States of America, by and through undersigned counsel, respectfully moves this Honorable Court to close or seal a portion of the detention hearing scheduled in this matter on Friday, June 5. In support of this motion, the United States represents as follows:

1.      On May 20, 2026, the defendant was present for an initial appearance on charges filed pursuant to a criminal complaint.

2.      On May 22, 2026, the defendant waived his preliminary hearing. The Court temporarily detained Mr. Rush pending approval of a different third-party custodian and the evaluation of any new factors that would favor release. The defendant was remanded to the custody of the U.S. Marshals pending the next hearing, scheduled for May 29, 2026.

3.      At the request of both parties, the detention hearing was continued to June 5, 2026 at 10:00 a.m.

4.      As the Court is aware, the United States indicated to the Court that it would continue its investigation, which could reveal additional facts and evidence relevant to the Court's custody determination.

5.      The United States anticipates that, at the hearing on June 5, in order to fully brief and argue the issue of detention, the United States may need to discuss classified and sensitive law enforcement information.

6.      Unauthorized disclosure of classified information may cause serious damage or exceptionally grave damage to national security. Therefore, revealing such information in a public setting would impact both national security interests and the ongoing criminal investigation.

7.      The parties suggest bifurcating the detention hearing. The first portion would occur in a closed Sensitive Compartmented Information Facility ("SCIF") or in a similarly appropriate secured space and be limited to discussions regarding classified information. The second portion would occur in open court and involve discussion of any remaining, unclassified information.

8.      The government submits that there is no reasonable alternative to protecting the classified information at issue and that partial closure of the courtroom for the classified portion of the hearing will prevent the harm of unauthorized disclosure of classified information.

9.      Therefore, while much of the detention hearing can be heard in an open courtroom, the United States requests that a portion of the hearing be conducted in a closed or sealed courtroom. Additionally, the United States requests that the venue for the closed portion of the hearing be sufficient for discussing information up to the Top-Secret classification level.

10.     Undersigned counsel contacted counsel for the defendant regarding this motion and represents that there is no objection to proceeding as requested.

Wherefore, the United States respectfully requests that the Court grant its motion.

Respectfully submitted,

Todd W. Blanche
United States Attorney

Date: June 2, 2026            By:    _____/s/_____

Gavin R. Tisdale
Raizza K. Ty
Assistant United States Attorneys


John A. Eisenberg
Assistant Attorney General for National Security

By:    _____/s/_____

Kathryn DeMarco
Trial Attorney, Counterintelligence & Export
Control Section
National Security Division

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

_____/s/_____
Raizza K. Ty
Assistant United States Attorney