IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 1:26-mj-177

DAVID J. RUSH,

Defendant.

## ORDER

Upon motion of the United States, for the reasons stated therein and for good cause shown, the motion for a partially closed or under seal hearing is **GRANTED**.

The detention hearing currently scheduled for June 5, 2026 at 10:00 a.m. will be bifurcated with the closed or under seal portion of the hearing occurring in an appropriately secured location.

**ENTERED** this 3rd day of June, 2026.

_____
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE