AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia ▼

|  |  |  |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-mj-177 |
| David J. Rush | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                    .

Date:     06/04/2026

/s/ Kathryn DeMarco
*Attorney's signature*

Kathryn DeMarco (FL Bar No. 100210)
*Printed name and bar number*
Department of Justice
National Security Division
950 Pennsylvania Avenue NW
Washington DC 20530

*Address*

kathryn.demarco@usdoj.gov
*E-mail address*

(202) 616-2612
*Telephone number*

(202) 532-4251
*FAX number*