**Date:** 6/5/26                    **Case:** 1:26mj177                    **Time:** 10:50-11:05 a.m.

**Judge: William E. Fitzpatrick**

**Tape/Courtroom: FTR/500**                    **Court Reporter:**

**Hearing:** DH

### Eastern District of Virginia
### Alexandria Division
### United States of America
### v.
David Rush

**Participants**

**USA**:  Gavin Tisdale

**Defense Counsel**:  Jessica Carmichael

**Court to appoint counsel**:          **Interpreter**:                    ☐Conflict

**Language**:

☐Defendant did not appear          ☐Warrant to be issued upon probable cause statement
☐Government motion to continue hearing – GRANTED

**Advisement**

  Rule 5                    ☐Due Process Protections Act

**Dismissal**

☐Case dismissed with prejudice          ☐Case dismissed without prejudice

**Plea**

☐ Consent to trial before a USMJ (orally)    ☐Plea entered, Court accepts plea
☐ Plea of Guilty to Count(s):                    ☐Dismissal of Count(s):

☐ Sentence:

☐ Order setting conditions of release

**Trial**

  Matter set for bench trial:                    ☐Matter set for jury trial:
☐Motions due :                                   ☐Responses due:
  Govt adduced evidence and rests               ☐Trial held and completed
☐Not Guilty of Count(s):                         ☐Guilty of Count(s):
☐Dismissal of Count(s):                          ☐Deft advised of appeal rights
  Sentence:

**Future Proceedings**

Next hearing:

**Notes:**  USA seeks detention. Deft argues for Bond w/conditions-Denied. The deft is remanded to the USMS w/o Bond pending trial.