IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

DAVID J. RUSH,

Defendant.

Case No. 1:26-MJ-177

## ORDER

Upon the motion of the United States, by and through its attorneys, and the defendant, David J. Rush, by and through his attorney, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the Consent Motion to Extend Time for Indictment, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for indicting the defendant be and is hereby extended up to and including August 3, 2026. Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment must be filed.

/s/

Leonie M. Brinkema
United States District Judge

Date: June 5, 2026
Alexandria, Virginia