IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 1:26-MJ-177

DAVID J. RUSH,

　　　　Defendant.

## ORDER

Upon the motion of the United States, by and through its attorneys, and the defendant, David J. Rush, by and through his attorney, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the Second Consent Motion to Extend Time for Indictment, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for indicting the defendant be and is hereby extended up to and including September 17, 2026. Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment must be filed.

No further extension will be granted, /mb

Date: ___July 20, 2026___
Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge