UNITED STATES OF AMERICA

v.

DAVID J. RUSH,

      *Defendant*

Case No. 1:26-MJ-177

## CONSENT MOTION FOR ENTRY OF A PROTECTIVE ORDER

The United States, by and through undersigned counsel, with the consent of defendant David J. Rush by his counsel, hereby moves the Court for an entry of a Protective Order, which imposes certain restrictions on defense counsels' use and disclosure of certain documents, electronic records, and other materials produced by the United States pursuant to its disclosure obligations in this case. In support thereof, the United States provides as follows:

1. During the course of its investigation in the instant matter, the United States has gathered or generated documents, which contain confidential and sensitive information and personal identifiers of the defendant and witnesses in this case. Specifically, the United States gathered documents, including, but not limited to: records from government databases; body worn camera footage; materials obtained pursuant to legal process, including search warrants; financial records; and other sensitive materials (collectively, hereinafter "Protected Information").

2. Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the Court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate

relief. Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of the Protected Information to safeguard sensitive information.

3. Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of documents and electronic records obtained through discovery. In sum, the proposed Protective Order prohibits the dissemination of these documents and electronic records and the information contained herein to third parties, other than as necessary for the defendant's investigation of the allegations and preparation of his defense.

4. The defendant and his counsel have reviewed this Motion and the proposed Protective Order and have agreed to its terms.

For these reasons, the United States respectfully requests that the Court enter the proposed Protective Order.

Respectfully Submitted,

Todd W. Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: _____/s/_____
Raizza K. Ty
Gavin R. Tisdale
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3980
E-mail: Raizza.Ty@usdoj.gov
E-mail: Gavin.Tisdale@usdoj.gov

Kevin C. Hakala
Kathryn DeMarco
Trial Attorneys
National Security Division
U.S. Department of Justice 950
Pennsylvania Avenue NW
Washington, D.C. 20530

Tel: (202) 606-3916
Fax: (202) 532-4251
Email: Kevin.Hakala@usdoj.gov
Email: Kathryn.Demarco@usdoj.gov