IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-MJ-177 |
| DAVID J. RUSH, | |
| *Defendant* | |

## CONSENT MOTION FOR PRE-INDICTMENT DESIGNATION OF A CLASSIFIED INFORMATION SECURITY OFFICER AND ENTRY OF PROTECTIVE ORDER PURSUANT TO SECTIONS 3 AND 9 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

The United States, by and through undersigned counsel, with the consent of defendant David J. Rush by his counsel, respectfully moves this Court to designate a Classified Information Security Officer ("CISO") and to enter a protective order regarding classified information.

Because this matter is in a pre-indictment posture, the United States is voluntarily providing early disclosure to facilitate a prompt and just resolution. This Motion is brought pursuant to Sections 3 and 9 of the Classified Information Procedures Act, 18 U.S.C. App. III (CIPA); the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA § 9) (hereinafter the "Security Procedures"); the Federal Rules of Criminal Procedure 16(d) and 57; and the general supervisory authority of the Court. To protect the national security and secure the handling of classified materials, the United States respectfully requests that the Court enter the attached Proposed Order. In support thereof, the United States provides as follows:

## I.   DESIGNATION OF CISO

In anticipation of the issues that may arise in this case, the United States requests that the Court designate a CISO pursuant to Section 2 of the Revised Security Procedures established under

1

Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. That section provides that:

> In any proceeding in a criminal case or appeal therefrom in which classified information is within, or is reasonably expected to be within, the custody of the court, the court will designate a "classified information security officer." The Attorney General or the Department of Justice Security Officer will recommend to the court a person qualified to serve as a classified information security officer. This individual will be selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice, to be detailed to the court to serve in a neutral capacity.

Revised Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 § 2. *See* CIPA, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980) (found in the statutory notes to § 9).  Classified Information Security Officers designated pursuant to this process are responsible for the security of all classified information in the court's custody and assist the court with appropriate security clearances for court staff as well as the handling and storage of any classified materials including any pleadings or other filings related to CIPA proceedings. *Id*.

As set forth in the attached proposed order, the United States recommends that the Court designate Jennifer H. Campbell, Supervisory Security Specialist, as the CISO for this case, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice. Ms. Campbell is an employee of the Litigation Security Group of the U.S. Department of Justice with demonstrated competence in security matters.  The United States further requests that the Court designate the following persons as alternate CISOs, to serve in the event Ms. Campbell is unavailable: Daniella M. Medel, Daniel O. Hartenstine, Matthew W. Mullery, Harry J. Rucker, Winfield S. "Scooter" Slade, and William S. Noble.  Each of these alternate CISOs are also from the Litigation Security Group of the Department of Justice and hold appropriate security clearances.

## II.    ENTRY OF A PROTECTIVE ORDER REGARDING CLASSIFIED DISCOVERY

Section 3 of CIPA requires, upon motion of the United States, that the Court "shall issue an order to protect against the disclosure of any classified information disclosed by the United States to any defendant in any criminal case in a district court of the United States."

Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the Court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief.

2

Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of classified documents and information obtained through discovery.

**III.    CONCLUSION**

The defendant and his counsel have reviewed this Consent Motion and the attached Proposed Order and have agreed to its terms.

Accordingly, the United States respectfully requests that the Court grant this Motion and enter the attached **PRE-INDICTMENT ORDER DESIGNATING A CLASSIFIED INFORMATION SECURITY OFFICER AND ENTERING A PROTECTIVE ORDER PERTAINING TO CLASSIFIED INFORMATION**

Respectfully Submitted,

Todd W. Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By:    <u>/s/ *Raizza K. Ty*</u>
Raizza K. Ty
Gavin R. Tisdale
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3980
E-mail: Raizza.Ty@usdoj.gov
E-mail: Gavin.Tisdale@usdoj.gov

Kevin C. Hakala
Kathryn DeMarco
Trial Attorneys
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Tel: (202) 606-3916

Fax: (202) 532-4251
E-mail: Kevin.Hakala@usdoj.gov
E-mail: Kathryn.DeMarco@usdoj.gov

4